UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRENT JACOBY,

                         Plaintiff,

      vs                                                        9:07-CV-872

CPT. PHELIX; GATES, Sgt.; and ERIC COUPAL,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

BRENT JACOBY
05-B-0361
Plaintiff, Pro Se
Elmira Correctional Facility
PO Box 500
Elmira, NY 14902

HON. ANDREW M. CUOMO              ADRIENNE J. KERWIN, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Brent Jacoby, commenced this civil rights action in August 2007, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 31, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that defendants' motion for summary judgment be granted in part and the complaint dismissed in its entirety as to defendants Phelix and Gates; and further recommended that defendants' summary judgment

motion be denied in part as to plaintiff's claims based on retaliation and excessive force as to defendant Coupal.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendants' motion for summary judgment (Docket No. 37) is GRANTED in part and DENIED in part;

2.  Plaintiff's claims based on retaliation and excessive force as to defendant Coupal are DENIED.

3.  The complaint is DISMISSED in its entirety as to defendants Phelix and Gates;

4.  The Clerk is directed to return the file to the Magistrate Judge for any further pretrial proceedings in this matter.

IT IS SO ORDERED.

Dated:  May  6, 2010
        Utica, New York.

_____
United States District Judge